UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN THE MATTER OF              )
                              )
SANDRA MARIE THATCHER         )        BANKRUPTCY CASE NUMBER 08-10744
                              )                  CHAPTER 7
                DEBTOR.       )

### NOTICE OF DEPOSIT OF UNCLAIMED FUNDS WITH CLERK

Comes now the undersigned, Yvette Gaff Kleven, Trustee, and by way of notice states the following:

1. The undersigned is the duly appointed Chapter 7 Trustee in the bankruptcy in the above-entitled matter.

2. The Trustee filed her Final Report And Distribution Summary on June 29, 2010, and issued checks as proposed in said proposed distribution.

3. That Check #105 issued July 23, 2010 to Verizon North, Inc., 404 Brock Drive, Bloomington, IL 61701 in the amount of $29.17 has not been cashed.

4. That the Trustee hereby gives notice that such amount of **$29.17** is being presented to the Clerk of the United States Bankruptcy Court for the benefit of such claimant.

Respectfully submitted,

\_\_\_/s/ Yvette Gaff Kleven_____
Yvette Gaff Kleven, Chapter 7 Trustee
927 South Harrison Street
Fort Wayne, Indiana   46802
Telephone:   260 / 407-7000
ygk@sak-law.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 28th day of October, 2010, a true and correct copy of the above and foregoing Notice Of Deposit Of Unclaimed Funds With Clerk was transmitted electronically through the Bankruptcy Court's ECF System to:  United States Trustee, USTPRegion10.SO.ECF@usdoj.gov,, and was sent via first class United States mail, postage prepaid, to:  Verizon North, Inc., 404 Brock Drive, Bloomington, IL 61701.

    /s/ Yvette Gaff Kleven_____
Yvette Gaff Kleven